No. 01–5482. ARMAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5483. ROGERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5484. JONES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5485. DERUISE v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 01–5486. MARTINEZ-TERRASAS, AKA DE LA PAZ ZAMORAZ, AKA MARTINEZ TERRAZAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5487. JOHNSON v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 01–5488. BOYD v. UNITED STATES RURAL DEVELOPMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–5489. SPEIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5490. ANDERSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–5491. BASHAM v. WEST VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 01–5492. BARONA v. FILLON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5493. HERNANDEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–5494. HANEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5495. BOLES v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 01–5498. SIBLEY v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.